| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| WILLIAM DOUG MITCHELL, #16956-078 | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:14-CV-132 |
| | § | CRIMINAL ACTION NO. 4:10-CR-57(26) |
| UNITED STATES OF AMERICA | § | |

**ORDER**

The above-entitled and numbered civil action was heretofore referred to a United States Magistrate Judge. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Movant's motion for a default judgment (#10) is **DENIED**.

SIGNED at Beaumont, Texas, this 2nd day of February, 2015.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE